FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON 2009 AUG 25 PM 3:54

U.S. DISTRICT COURT OHIO
WESTERN DIST

3:09 cr 0128

WALTER HERBERT RICE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. |
| | ) | |
| **Plaintiff,** | ) | I N D I C T M E N T |
| | ) | |
| **v.** | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2423(b) |
| **DAVID ZOBEL,** | ) | FORFEITURE |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor]

Between on or about December 19, 2008 and on or about June 2, 2009, in the Southern District of Ohio, and elsewhere, defendant **DAVID ZOBEL** knowingly used any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years -- namely, a minor identified herein by the initials J.C. -- to engage in any sexual activity for which any person could be charged with an offense -- namely, unlawful sexual conduct with a minor in violation of the Ohio Revised Code, Sec. 2907.04(A); sexual imposition in violation of the Ohio Revised Code, Sec. 2907.06(A)(4); and importuning in violation of the Ohio Revised Code, Sec. 2907.07(B) and (D)(1).

In violation of Title 18, United States Code, Sec. 2422(b).

Page 1 of 4

## COUNT TWO

[18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor]

On or about June 2, 2009, in the Southern District of Ohio, and elsewhere, defendant **DAVID ZOBEL** knowingly used any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years -- namely, a minor identified herein by the initials B.B. -- to engage in any sexual activity for which any person could be charged with an offense -- namely, rape in violation of the Ohio Revised Code, Sec. 2907.02(A)(1)(B); gross sexual imposition in violation of Ohio Revised Code, Sec. 2907.05(A)(4); and importuning in violation of the Ohio Revised Code, Sec. 2907.07(A) and (C)(1).

In violation of Title 18, United States Code, Sec. 2422(b).

## COUNT THREE

[18 U.S.C. § 2423(b) - Travel with Intent to Engage

in Illicit Sexual Conduct with a Minor]

In or around January 2009, in the Southern District of Ohio, and elsewhere, defendant **DAVID ZOBEL** traveled in interstate commerce -- namely, from Michigan to Ohio -- for the purpose of engaging in any illicit sexual conduct with another person -- namely, a minor identified herein by the initials J.C.

In violation of Title 18, United States Code, Sec. 2423(b).

COUNT FOUR

[18 U.S.C. § 2423(b) - Travel with Intent to Engage
in Illicit Sexual Conduct with a Minor]

On or about June 2, 2009, in the Southern District of Ohio,
and elsewhere, defendant **DAVID ZOBEL** traveled in interstate
commerce -- namely, from Michigan to Ohio -- for the purpose of
engaging in any illicit sexual conduct with another person --
namely, a minor identified herein by the initials J.C.

In violation of Title 18, United States Code, Sec. 2423(b).

COUNT FIVE

[18 U.S.C. § 2423(b) - Travel with Intent to Engage
in Illicit Sexual Conduct with a Minor]

On or about June 2, 2009, in the Southern District of Ohio,
and elsewhere, defendant **DAVID ZOBEL** traveled in interstate
commerce -- namely, from Michigan to Ohio -- for the purpose of
engaging in any illicit sexual conduct with another person --
namely, a minor identified herein by the initials B.B.

In violation of Title 18, United States Code, Sec. 2423(b).

<u>FORFEITURE ALLEGATION</u>

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, **DAVID ZOBEL**, shall forfeit to the United States pursuant to 18 U.S.C. § 2428(a)(1) any property, real or personal, that was used or intended to commit or to facilitate the commission of such violation, and 18 U.S.C. § 2428(b)(1)(A) any property, real or personal used or intended to be used to commit or to facilitate the commission of any violation, including, but not limited to, the following:

    A.    Macintosh Laptop; and
    B.    Apple i phone.

A TRUE BILL

_/s/_____
Foreperson

GREGORY G. LOCKHART
United States Attorney

_____
VIPAL J. PATEL
Deputy Criminal Chief